**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NIHAL ERKAN on behalf of herself and all others similarly situated, | Docket No: 1:23-cv-7470 |
| Plaintiffs, | **NOTICE OF SETTLEMENT** |
| -against- | |
| CENTER BLVD RESTAURANT LLC, | |
| Defendant. | |

Now comes the Plaintiff NIHAL ERKAN, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and states:

1. A settlement in principle has been reached between Plaintiff and Defendant and settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and certain conditions have been fulfilled pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice, and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. The Parties jointly and respectfully request that the Court stay this case and adjourn all deadlines and conferences.

Dated:   Hicksville, New York
         January 11, 2024

                                        Respectfully submitted,

                                        /s/ *Mars Khaimov*

                                        Mars Khaimov, Esq.
                                        Mars Khaimov Law, PLLC
                                        100 Duffy Ave., Suite 510
                                        Hicksville, NY 11801
                                        mars@khaimovlaw.com